UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Case No. 22-10267
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Debtor(s).

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, _____, an active member in good standing of the bar of _____, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing _____ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I have been granted *pro hac vice* admission by the Court _____ times in the 12 months preceding this application.

3. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

_____

_____

_____.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

## Addendum Regarding Status of Arizona Certificate of Good Standing

Local Civil Rule 11-3(a) provides that an attorney who is not a member of the bar of this Court may apply to appear *pro hac vice* by submitting to the clerk of this Court, together with a written application, a true and correct copy of a "certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar." Pursuant to the attached *Application for Pro Hac Vice Admission*, attorney Janel M. Glynn hereby submits a copy of the current records of the State Bar of Arizona reflected on the website of the State Bar of Arizona, stating that Ms. Glynn is currently an active member of the State Bar of Arizona in good standing. This copy of the State Bar of Arizona's online records is being submitted to the Court in lieu of a Certificate of Good Standing issued by the Arizona Supreme Court because despite counsel submitting a timely request to the Arizona Supreme Court on July 14, 2022 (the same date the Debtor Somm, Inc. filed its Chapter 11 petition), counsel was informed by the Arizona Certification and Licensing Division that the Clerk of the Supreme Court of Arizona processing times for Certificates of Good Standing are currently much longer than usual and a Certificate of Good Standing may not be available up to 7 to 14 days. Typically, a Certificate of Good Standing would be received with one or two business days. Counsel will file supplement his *Application for Pro Hac Vice Admission* with his Certificate of Good Standing Court as soon as it is received from the Clerk of the Arizona Supreme Court.

# Ms Janel Marie Glynn

The Burgess Law Group
3131 E CAMELBACK RD STE 224
PHOENIX, AZ 85016-4599
Maricopa County
Office/Firm: 602-806-2107

## Discipline: None

This website does not display all public sanctions or public information concerning a lawyer's disciplinary history. Obtain any additional public information by using the history request form to confirm the lawyer's entire record.

Glossary of Terms

## Membership Information

Status: Active
Admitted to Practice Law: 2008
Admitted to State Bar of Arizona: 8/25/2008
Professional Liability Insurance: Yes
Board Certified Legal Specializations: None
Sections: Bankruptcy Law Section

## Biography

## Areas Of Law

**Bankruptcy**
Bankruptcy Chapter 11, Bankruptcy Reorganization

## Law School
Loyola - New Orleans

## Jurisdictions
Arizona (Active)

## Other Language(s)
None

## Additional Information
Accepts Credit Cards: No
Free Consultations: No
Typical Hourly Rate:
Typical Fixed Fee:
Typical Contingency Fee:

View in new window

**State Bar of Arizona**

4201 N. 24th Street Suite 100
Phoenix, AZ 85016-6266

Phone: 602.252.4804
Toll Free: 866.48.AZBAR
Fax: 602.271.4930

**FOR THE PUBLIC**

**FOR LAWYERS**

**ABOUT US**

Board of Governors
Mission, Vision, & Core Values
Careers at the State Bar

### Ms Janel Marie Glynn ✕

The Burgess Law Group
3131 E CAMELBACK
RD STE 224
PHOENIX, AZ 85016-4599
Maricopa County
Office/Firm: 602-806-2107

**Discipline: None**

This website does not display all public sanctions or public information concerning a lawyer's disciplinary history. Obtain any additional public information by using the history request form to confirm the lawyer's entire record.

Glossary of Terms

**Membership Information**

Status: Active
Admitted to Practice Law: 2008
Admitted to State Bar of Arizona: 8/25/2008
Professional Liability Insurance: Yes
Board Certified Legal Specializations: None
Sections: Bankruptcy Law Section

**Biography**

**Areas Of Law**

**Bankruptcy**
Bankruptcy Chapter 11, Bankruptcy Reorganization

**Law School**

Loyola - New Orleans

**Jurisdictions**

Arizona (Active)

**Other Language(s)**

None

**Additional Information**

Accepts Credit Cards: No
Free Consultations: No
Typical Hourly Rate:
Typical Fixed Fee:
Typical Contingency Fee:

View in new window