**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party    /s/Morris C. Aaron (with permission)

Printed name of responsible party    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all of the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Case: 22-10267    Doc# 194    Filed: 03/10/23    Entered: 03/10/23 09:57:44    Page 1 of 24

17. Have you paid any bills you owed before you filed bankruptcy?                                    ❏        ❏        ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ❏        ❏        ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                         $ _____

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.                                                           $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.                                                         − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                                       + $ _____
    This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                                  = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                                $ _____

    *(Exhibit E)*

Case: 22-10267    Doc# 194    Filed: 03/10/23    Entered: 03/10/23 09:57:44    Page 2 of
24

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                            $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                       _____

27. What is the number of employees as of the date of this monthly report?          _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____

30. How much have you paid this month in other professional fees?          $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:          $ _____

36. Total projected cash disbursements for the next month:     − $ _____

37. Total projected net cash flow for the next month:          = $ _____

Case: 22-10267   Doc# 194   Filed: 03/10/23   Entered: 03/10/23 09:57:44   Page 3 of 24

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

Case: 22-10267    Doc# 194    Filed: 03/10/23    Entered: 03/10/23 09:57:44    Page 4 of 24

# Exhibit_A

**Question with negative response:**

NA

# Exhibit_B

**Question with affirmative response:**

NA

# Exhibit_C

Account Numl Account Type
******8244

| Date | Account | Credit | Description | Type |
|------|---------|--------|-------------|------|
| 12/1/2022 | SommSelect Checking | 6157.14 | Figure -Customer Deposit in Transit | Customer Deposit |
| 12/2/2022 | SommSelect Checking | 27,529.55 | Figure - Customer Deposit | Customer Deposit |
| 12/5/2022 | SommSelect Checking | 25,023.87 | Figure - Customer Deposit | Customer Deposit |
| 12/6/2022 | SommSelect Checking | 25,283.48 | Figure - Customer Deposit | Customer Deposit |
| 12/7/2022 | SommSelect Checking | 47,431.01 | Figure - Customer Deposit | Customer Deposit |
| 12/8/2022 | SommSelect Checking | 42,470.50 | Figure - Customer Deposit | Customer Deposit |
| 12/9/2022 | SommSelect Checking | 10,292.22 | Figure - Customer Deposit | Customer Deposit |
| 12/12/2022 | SommSelect Checking | 29,853.87 | Figure - Customer Deposit | Customer Deposit |
| 12/12/2022 | SommSelect Checking | 600,000.00 | Laurence Drivon | Shareholder Investment |
| 12/13/2022 | SommSelect Checking | 42,170.30 | Figure - Customer Deposit | Customer Deposit |
| 12/13/2022 | SommSelect Checking | 2901.73 | Blue Cross Blue Shield | Insurance Refund |
| 12/13/2022 | SommSelect Checking | 600,000.00 | TFB Holdings, LLC | Shareholder Investment |
| 12/13/2022 | SommSelect Checking | 57,639.52 | Figure - Customer Deposit | Customer Deposit |
| 12/14/2022 | SommSelect Checking | 250,000.00 | G2 Wine Investment, LLC | Shareholder Investment |

| | | |
|---|---|---|
| Total Deposits | 1,766,753.19 | |
| Less DIT reported in November | 6,157.14 | |
| Net Deposits | 1,760,596.05 | |

# Exhibit_D

Account Number
******8244  NBA

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 12/1/2022 | Zoom | Software Subscription | (14.99) |
| 12/1/2022 | FaceBook | Marketing Social Media | (2,270.77) |
| 12/1/2022 | Google | Marketing Social Media | (9.17) |
| 12/1/2022 | Principal Life | Dental, LTD Premiums | (1,484.12) |
| 12/1/2022 | Elevage | Wine Purchase | (13,929.12) |
| 12/1/2022 | Ken Young | Travel Expense Reimbursement | (977.71) |
| 12/1/2022 | Broadbent Selections | Wine Purchase | (3,384.00) |
| 12/1/2022 | Southern Glazer's Wine & Spirits | Wine Purchase | (13,296.00) |
| 12/2/2022 | Indeed | Job Ads | (78.00) |
| 12/2/2022 | Google G Suite | Software Subscription | (603.00) |
| 12/2/2022 | Google | Marketing Social Media | (23.76) |
| 12/2/2022 | Costco | Office Refreshments | (120.00) |
| 12/2/2022 | Stitchdata | Software Subscription | (100.00) |
| 12/2/2022 | QuickBooks | Software Subscription | (200.00) |
| 12/2/2022 | Able Janitorial | Office Cleaning | (520.00) |
| 12/2/2022 | North Berkeley | Wine Purchase | (2,475.00) |
| 12/2/2022 | Southern Glazer's Wine & Spirits | Wine Purchase | (13,306.00) |
| 12/5/2022 | Recology Sonoma Marin | Trash Pickup | (710.91) |
| 12/5/2022 | Sacred Thirst | Wine Purchase | (10,000.00) |
| 12/5/2022 | North Berkeley | Wine Purchase | (3,367.50) |
| 12/5/2022 | Sacred Thirst | Wine Purchase | (3,320.00) |
| 12/5/2022 | Transparent Wine | Wine Purchase | (2,976.00) |
| 12/5/2022 | Left Coast Photography | Marketing Photography | (2,970.00) |
| 12/5/2022 | June Hudson | Contract Controller | (2,404.00) |
| 12/5/2022 | Passionne de Vin Imports | Wine Purchase | (2,400.00) |
| 12/5/2022 | Estate Wines LTD | Wine Purchase | (1,560.00) |
| 12/5/2022 | Google | Marketing Social Media | (500.00) |
| 12/5/2022 | The German Wine Collection | Wine Purchase | (138.00) |
| 12/5/2022 | Associated Services | Office Drinking Water | (34.95) |
| 12/5/2022 | Massanois Inc. | Wine Purchase | (5,968.00) |
| 12/5/2022 | Google | Marketing Social Media | (500.00) |
| 12/5/2022 | Costco | Office Refreshments | (417.53) |
| 12/5/2022 | Costco | Office Refreshments | (122.93) |
| 12/5/2022 | Costco | Office Refreshments | (31.45) |
| 12/6/2022 | Oak Paper Products | Shipping Packaging & Materials | (4,243.40) |
| 12/6/2022 | Unsung Digital | Marketing Print Collateral | (997.51) |
| 12/6/2022 | Alluvial Wines Inc | Wine Purchase | (630.00) |
| 12/6/2022 | Ballande Et Meneret (New Jersey - Stateside | Wine Purchase | (3,852.00) |
| 12/6/2022 | Buckley Family Limited Partnership | Facility Rent | (11,021.00) |
| 12/6/2022 | Charles Neal Selections | Wine Purchase | (2,000.00) |
| 12/6/2022 | Drew Family Cellars | Wine Purchase | (5,880.00) |
| 12/6/2022 | G2 Management Services, LLC | Management Fees | (35,000.00) |
| 12/6/2022 | Garber & Co. | Wine Purchase | (12,960.00) |
| 12/6/2022 | Garber & Co. | Wine Purchase | (1,278.00) |

# Exhibit_D

Account Number
\*\*\*\*\*\*8244  NBA

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 12/6/2022 | Gravitas Wine Marketing, LLC | Wine Purchase | (8,740.00) |
| 12/6/2022 | Gravitas Wine Marketing, LLC | Wine Purchase | (1,680.00) |
| 12/6/2022 | Lucidity Wine Merchants | Wine Purchase | (3,349.00) |
| 12/6/2022 | Lucidity Wine Merchants | Wine Purchase | (119.00) |
| 12/6/2022 | North Berkeley Wine | Wine Purchase | (9,604.80) |
| 12/6/2022 | SKURNIK WINES WEST | Wine Purchase | (2,264.00) |
| 12/6/2022 | Vin-Global, LLC | Sales Tax_Other States | (60,061.75) |
| 12/6/2022 | We Ship Express | Shipping | (47,817.36) |
| 12/6/2022 | Wells Fargo Equipment Finance, Inc | Net Suite Payment | (10,087.92) |
| 12/6/2022 | Winebow Imports | Wine Purchase | (90,750.00) |
| 12/6/2022 | Bill.com | Software Subscription | (443.67) |
| 12/7/2022 | Alex Alavarez-Perez | Marketing Content Writer | (1,050.00) |
| 12/7/2022 | FIGURE | Software Subscription | (400.00) |
| 12/7/2022 | Costco | Office Supplies | (40.12) |
| 12/9/2022 | Gravitas Wine Marketing, LLC | Wine Purchase | (6,120.00) |
| 12/9/2022 | Google | Marketing Social Media | (500.00) |
| 12/9/2022 | Shopify | Software Subscription | (1,994.20) |
| 12/9/2022 | Klayvio | Software Subscription | (400.00) |
| 12/12/2022 | Daly, PR | Marketing Consultants | (7,500.00) |
| 12/12/2022 | North Berkeley | Wine Purchase | (4,890.00) |
| 12/12/2022 | SpringBoard Mt Wine | Wine Purchase | (4,000.20) |
| 12/12/2022 | June Hudson | Contract Controller | (2,404.00) |
| 12/12/2022 | Transparent Wine | Wine Purchase | (1,968.00) |
| 12/12/2022 | Common Sense Business Solutions | Office Supplies | (36.57) |
| 12/12/2022 | Google | Marketing Social Media | (500.00) |
| 12/12/2022 | Grace Core Corporation | Marketing Photography | (1,803.87) |
| 12/12/2022 | Adobe | Software Subscription | (20.99) |
| 12/13/2022 | Google | Marketing Social Media | (500.00) |
| 12/13/2022 | Bodega Shipping Co | Shipping | (1,012.00) |
| 12/13/2022 | Charles Neal Selections | Wine Purchase | (800.00) |
| 12/13/2022 | Elevage | Wine Purchase | (8,544.00) |
| 12/13/2022 | Northwest Wines, Ltd | Wine Purchase | (1,902.40) |
| 12/13/2022 | Passionne de Vin Imports | Wine Purchase | (2,040.00) |
| 12/13/2022 | SAKE TENGOKU | Wine Purchase | (3,960.00) |
| 12/13/2022 | WageWorks, Inc. | Cobra Administration | (50.00) |
| 12/13/2022 | We Ship Express | Shipping | (224.23) |
| 12/13/2022 | We Ship Express | Shipping | (98.94) |
| 12/13/2022 | We Ship Express | Shipping | (23,723.72) |
| 12/13/2022 | Wells Fargo Equipment Finance, Inc | Net Suite Payment | (10,087.22) |
| 12/13/2022 | Burgess Law Group | Legal Fees_Bankruptcy | (129,641.67) |
| 12/14/2022 | Comcast | Internet Service | (396.55) |
| 12/14/2022 | Brandon Carneiros | Bankruptcy Settlement | (330,000.00) |
| 12/14/2022 | ADP TotalSource | Payroll | (67,964.31) |
| | Total | | (1,017,565.31) |

# SommSelect
# A/P Aging Detail
# As of December 14, 2022

| Date | Transaction Type | Num | Vendor | Due Date | Open Balance |
|---|---|---|---|---|---|
| 07/24/2022 | Bill | SS.22_POST_001 | FinSigma, LLC | 01/31/2023 | 16,601.25 |
| 07/27/2022 | Expense | 1F378C9856A9A60027688 | WESTERN CONTAINER SALE | 07/27/2022 | -304.41 |
| 07/31/2022 | Bill | JULYPOST_P | Michael C. Fallon | 07/31/2022 | 13,642.00 |
| 07/31/2022 | Bill | 89073313POST_P | Gallagher & Kennedy | 07/31/2022 | 3,675.00 |
| 07/31/2022 | Bill | 1288375POST_P | Sacks Tierney P.A | 07/31/2022 | 984.01 |
| 07/31/2022 | Bill | SS.22_POST_002 | FinSigma, LLC | 01/31/2023 | 6,840.00 |
| 08/03/2022 | Expense | 65AC10BF919D06A2D5D37 | RECOLOGY | 08/03/2022 | -412.79 |
| 08/07/2022 | Bill | SS.22_POST_003 | FinSigma, LLC | 01/31/2023 | 9,832.50 |
| 08/09/2022 | Vendor Credit | 37091CR | Wine Bridge Imports | | -14.00 |
| 08/11/2022 | Expense | | KLAVIYO INC | 08/11/2022 | -400.00 |
| 08/14/2022 | Bill | SS.22_POST_004 | FinSigma, LLC | 01/31/2023 | 7,410.00 |
| 08/21/2022 | Bill | SS.22_POST_005 | FinSigma, LLC | 01/31/2023 | 5,486.25 |
| 08/31/2022 | Bill | 08.31.22 | Michael C. Fallon | 08/31/2022 | 1,500.00 |
| 08/31/2022 | Bill | 9021 | MCA Financial Group, Ltd. | 09/30/2022 | 50,680.50 |
| 08/31/2022 | Bill | SS.22-Post-007A | FinSigma, LLC | 01/31/2023 | 1,068.75 |
| 09/01/2022 | Bill | INV50290/50291 | GVM LAW LLP | 09/01/2022 | 6,903.86 |
| 09/01/2022 | Bill | 89073898 | Gallagher & Kennedy | 10/01/2022 | 577.50 |
| 09/04/2022 | Bill | SS.22_POST_007B | FinSigma, LLC | 01/31/2023 | 783.75 |
| 09/11/2022 | Bill | SS.22-Post-008 | FinSigma, LLC | 01/31/2023 | 3,420.00 |
| 09/19/2022 | Bill | 89073900 | Gallagher & Kennedy | 09/19/2022 | 525.00 |
| 09/19/2022 | Bill | 89073899 | Gallagher & Kennedy | 10/19/2022 | 32.50 |
| 09/21/2022 | Bill | SS.22-Post-009 | FinSigma, LLC | 01/31/2023 | 2,992.50 |
| 10/01/2022 | Bill | 89076096 | Gallagher & Kennedy | 12/01/2022 | 6,345.00 |
| 10/26/2022 | Bill | 89076094 | Gallagher & Kennedy | 12/25/2022 | 10.00 |
| 11/14/2022 | Expense | | COMCAST | 11/14/2022 | -396.55 |
| 11/14/2022 | Bill | 5022680856August | Wells Fargo Bank | 12/10/2022 | 517.70 |
| 11/14/2022 | Bill | 5022680856 | Wells Fargo Bank | 12/10/2022 | 517.70 |
| 11/21/2022 | Bill | 8417 | Old Bridge Cellars | 12/21/2022 | 1,200.00 |
| 11/22/2022 | Expense | | Cal Choice | 11/22/2022 | -14,340.71 |
| 11/22/2022 | Bill | WO43892 | The German Wine Collection | 12/22/2022 | 2,800.00 |
| 11/22/2022 | Bill | IN53762 | Martin Ray Winery | 12/22/2022 | 2,800.00 |
| 11/26/2022 | Bill | 2022 | Elaine Brown | 12/26/2022 | 550.00 |
| 11/26/2022 | Bill | 5893512 | Western Containers | 12/26/2022 | 304.41 |
| 11/28/2022 | Bill | 89077719 | Gallagher & Kennedy | 12/28/2022 | 1,312.50 |
| 11/28/2022 | Bill | 89077718 | Gallagher & Kennedy | 12/28/2022 | 735.00 |
| 11/29/2022 | Bill | 44886 | The Source | 12/29/2022 | 1,206.00 |
| 11/30/2022 | Bill | 9152 | MCA Financial Group, Ltd. | 11/30/2022 | 16,335.00 |
| 11/30/2022 | Bill | 33316043 | Recology Sonoma Marin | 11/30/2022 | 710.91 |

Case: 22-10267     Doc# 194     Filed: 03/10/23     Entered: 03/10/23 09:57:44     Page 10 of 24

# SommSelect
## A/P Aging Detail
### As of December 14, 2022

| Date | Transaction Type | Num | Vendor | Due Date | Open Balance |
|---|---|---|---|---|---|
| 11/30/2022 | Bill | 98420 | Shiverick Imports | 12/30/2022 | 6,624.00 |
| 11/30/2022 | Bill | 51534 | GVM LAW LLP | 12/30/2022 | 1,210.00 |
| 11/30/2022 | Bill | 224242 | Moquin Press | 12/31/2022 | 5,416.42 |
| 12/01/2022 | Bill | Final | Hurwitz, Wheeler & Co., LLC | 12/01/2022 | 1,223.50 |
| 12/01/2022 | Bill | PRE_PStatement | PG&E | 12/01/2022 | 876.02 |
| 12/01/2022 | Bill | 81-2688437 | California Franchise Tax Board | 12/01/2022 | 821.97 |
| 12/01/2022 | Bill | 10917 | Skyliner Fine Wines | 12/01/2022 | 280.00 |
| 12/01/2022 | Bill | 8868 | Skyliner Fine Wines | 12/01/2022 | 245.00 |
| 12/01/2022 | Bill | INV09276940 | Zendesk Inc (deleted) | 12/01/2022 | 100.00 |
| 12/01/2022 | Bill | INV09276940 | Zendesk, Inc.* | 12/01/2022 | 100.00 |
| 12/01/2022 | Bill | 14889201-Dec-22 | Wells Fargo Equipment Finance, Inc | 12/31/2022 | 10,087.92 |
| 12/01/2022 | Bill | 224243 | Moquin Press | 12/31/2022 | 4,353.71 |
| 12/01/2022 | Bill | November | COMCAST | 12/31/2022 | 396.55 |
| 12/01/2022 | Bill | 34284 | Vin-Global, LLC | 01/27/2023 | 66,502.97 |
| 12/02/2022 | Expense | | Southern Glazer's Wine & Spirits | 12/02/2022 | -114.00 |
| 12/04/2022 | Bill | DecemberExpRpt | William Howard | 12/04/2022 | 5,602.67 |
| 12/06/2022 | Bill | 192542 | Oliver McCrum Wines | 12/20/2022 | 30,070.00 |
| 12/07/2022 | Bill | MAS51467 | The Mascot | 01/06/2023 | 5,280.00 |
| 12/07/2022 | Bill | 45068 | The Source | 01/06/2023 | 4,944.00 |
| 12/08/2022 | Bill | December | Great American Insurance | 12/28/2022 | 2,722.91 |
| 12/09/2022 | Bill | INV7060 | We Ship Express | 12/19/2022 | 14,116.13 |
| 12/09/2022 | Bill | 224418 | Moquin Press | 01/08/2023 | 5,767.97 |
| 12/12/2022 | Bill | 1477418 | Oracle America, Inc. | 01/06/2023 | 2,332.27 |
| 12/12/2022 | Bill | 304 | Whitney Anderson | 01/11/2023 | 1,350.00 |
| 12/13/2022 | Bill | 12.09.22 | Abigail Wilson | 12/13/2022 | 515.03 |
| 12/13/2022 | Bill | Spot Bonus | June Hudson | 12/16/2022 | 1,500.00 |
| 12/13/2022 | Bill | 3082 | The Transparent Wine Company | 12/20/2022 | 7,788.00 |
| 12/13/2022 | Bill | 30181 | Wine Wise/The Vienna Wine Company | 12/20/2022 | 6,114.00 |
| 12/13/2022 | Bill | SO370576 | Elevage | 12/20/2022 | 972.00 |
| 12/13/2022 | Bill | 192543 | Oliver McCrum Wines | 12/27/2022 | 6,114.64 |
| 12/13/2022 | Bill | 8442 | Argo Logistics Group | 12/28/2022 | 1,750.00 |
| 12/13/2022 | Bill | 519369 | Farm Wine Imports | 01/12/2023 | 13,780.00 |
| 12/13/2022 | Bill | 519966 | Farm Wine Imports | 01/12/2023 | 3,168.00 |
| 12/14/2022 | Bill | 425310 | Wine Monger | 12/21/2022 | 1,608.00 |
| 12/14/2022 | Bill | 3735 | Broadbent Selections Inc | 01/05/2023 | 534.50 |
| 12/14/2022 | Bill | 4801 | The Burgess Law Group | 01/13/2023 | 12,437.30 |
| 12/14/2022 | Bill | SO0647W | Lucidity Wine Merchants | 01/13/2023 | 5,508.00 |
| 12/14/2022 | Bill | 1292 | State Wine Selections Corp | 01/27/2023 | 11,920.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | | | **396,450.61** |

# SommSelect
# Balance Sheet
### As of December 14, 2022

| | | |
|---|---|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| 1025 National Bank of Arizona | | 1,374,597.05 |
| **Total Bank Accounts** | $ | **1,374,597.05** |
| **Other Current Assets** | | |
| 1150 Carneiro Loan | | 58,492.90 |
| 1201 Deposits in Transit _POST | | -65,140.24 |
| 1300 Income Tax Estimated Payments | | 0.00 |
| 1310 CA Estimated Income Tax Payments | | 5,400.00 |
| **Total 1300 Income Tax Estimated Payments** | $ | **5,400.00** |
| 1350 Utility Deposits | | 1,400.00 |
| 1400 Inventory | | 575,799.57 |
| 1410 Inventory Reserve for Obsolescence | | -40,000.00 |
| 1420 Inventory Reserve for Shrink | | -50,000.00 |
| 1451 Inventory in Transit_POST | | 348,991.62 |
| **Total 1400 Inventory** | $ | **834,791.19** |
| 1500 Prepaid Expenses | | |
| 1506 Prepaid Insurance | | 22,494.99 |
| 1511 Prepaid  Legal | | 90,502.87 |
| 1512 Prepaid Contractor Services | | 1,057.60 |
| 1516 Prepaid Marketing | | 18,669.24 |
| **Total 1500 Prepaid Expenses** | $ | **132,724.70** |
| **Total Other Current Assets** | $ | **967,668.55** |
| **Total Current Assets** | $ | **2,342,265.60** |
| **Fixed Assets** | | |
| 1581 Capital in Process_POST | | 111,294.78 |
| 1600 Fixed Assets | | |
| 1610 IT Equipment | | 128,457.28 |
| 1615 Furniture & Fixtures | | 22,500.80 |
| 1620 Machinery & Equipment | | 100,664.04 |
| 1630 Leasehold Improvements | | 81,208.84 |
| **Total 1600 Fixed Assets** | $ | **332,830.96** |
| 1651 Accumulated  Depreciation | | -230,080.82 |
| 1700 Intangible Assets | | |
| 1701 Trademark | | 12,650.00 |
| 1730 Warehouse Programming_PRE | | 347,756.69 |
| **Total 1700 Intangible Assets** | $ | **360,406.69** |
| 1731 Accumulated Amortization - WRHSE-PROG_PRE | | -347,756.69 |
| **Total Fixed Assets** | $ | **226,694.92** |
| **TOTAL ASSETS** | $ | **2,568,960.52** |

# SommSelect
# Balance Sheet
### As of December 14, 2022

**LIABILITIES AND EQUITY**

**Liabilities**

  **Current Liabilities**

| | | |
|---|---|---:|
| **Accounts Payable** | | |
| 2000 Accounts Payable (A/P) | | 396,450.61 |
| 2001 Accounts Payable - PRE | | 839,915.37 |
| 2012 Accounts Payable (A/P)-EUR-PRE | | 17,463.89 |
| Total 2010 Accounts Payable (A/P) - EUR | $ | 17,463.89 |
| 2015 Accounts Payable (A/P) - INR | | 447.95 |
| **Total Accounts Payable** | $ | 1,254,277.82 |
| **Credit Cards** | | |
| 2100 Credit Cards | | |
| 2130 Divvy Credit Card | | 5,243.59 |
| 2131 Divvy Credit Card PRE | | 7,861.81 |
| Total 2100 Credit Cards | $ | 13,105.40 |
| **Total Credit Cards** | $ | 13,105.40 |
| **Other Current Liabilities** | | |
| 2155 Payroll Liabilities | | -2,305.61 |
| 2171 PRE.FROZEN Cust Dep - Wine | | 262,044.00 |
| 2191 Customer Deposits Clearing - POST | | 476,028.00 |
| 2225 Accrued Bonuses PRE | | 108,338.71 |
| 2226 Accrued Bonus POST | | 80,161.29 |
| 2300 Out of State Sales Tax Payable -PRE | | 17,564.81 |
| 2301 Out of State Sales Tax Payable POST | | 1,055.17 |
| 2350 Sales Tax Payable CA PRE | | 26,373.24 |
| 2351 Sales Tax Payable CA POST | | 20,743.72 |
| 2410 DLL Capital Lease - Forklift_PRE | | 21,788.82 |
| 2411 DLL Capital Lease (ForkLift)_POST | | -2,889.10 |
| **Total Other Current Liabilities** | $ | 1,008,903.05 |
| **Total Current Liabilities** | $ | 2,276,286.27 |
| **Long-Term Liabilities** | | |
| 2040 SBA EIDL Loan | | 151,447.51 |
| 2042 Laurence E Drivon | | 600,000.00 |
| 2044 G2 Wine Investment, LLC. | | 250,000.00 |
| 2046 TFB Holdings | | 600,000.00 |
| **Total Long-Term Liabilities** | $ | 1,601,447.51 |
| **Total Liabilities** | $ | 3,877,733.78 |
| **Equity** | | |
| 3100 Common Stock | | 400,000.00 |
| 3300 Retained Earnings | | -537,420.13 |
| Net Income | | -1,171,353.13 |
| **Total Equity** | -$ | 1,308,773.26 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 2,568,960.52 |

# SommSelect
# Profit & Loss Statement
### As of December 14, 2022

| | |
|---|---:|
| **Income** | |
| 4000 Wine Sales | |
| 4001 Retail Clearing | |
| 40100 Wine Sales - Daily Offers | 112,949.53 |
| 40200 Clubs | |
| 40210 Wine Sales - Explore4 | 51,617.55 |
| 40230 Wine Sales - Somm Six | 23,246.77 |
| 40240 Wine Sales - Somm Six Red | 21,925.81 |
| 40250 Wine Sales - Blind Six | 29,702.49 |
| Total 40200 Clubs | $ 126,492.62 |
| | |
| 40300 Wine Sales - Concierge | 139,283.11 |
| 40400 Wine Sales - Store | 103,149.46 |
| 49010 Wine Sales Discounts | (3,277.49) |
| 49200 Returns-Allowances | (12,320.56) |
| Total 4000 Wine Sales | $ 466,276.67 |
| 4200 Misc Revenue / Adjustments | |
| 4100 Event Revenue | |
| 42000 Shipping Revenue + Insurance | 18,779.95 |
| 49100 Customer Credits | (1,934.62) |
| Total 4200 Misc Revenue / Adjustments | 16,845.33 |
| **Total Income** | $ 483,122.00 |
| **Cost of Goods Sold** | |
| 5020 Inventory Shrinkage | |
| 5025 Sales Tax Differences - CA | 844.00 |
| 5100 Shipping & Materials - COGS | |
| 5105 Freight In | 1,750.00 |
| 5110 Shipping | 39,774.22 |
| 5130 Packaging - Supplies & Materials | 4,243.40 |
| Total 5100 Shipping & Materials - COGS | $ 46,611.62 |
| 5200 Wages and Benefits-COGS | |
| 5210 Wages  - COGS | (1,857.65) |
| 5222 Worker's Compensation | (148.26) |
| Total 5210 Wages  - COGS | (2,005.91) |
| 5220 Employer Taxes & Benefits - COGS | (142.07) |
| 5221 Payroll Processing Fees | (63.15) |
| Total 5220 Employer Taxes & Benefits - COGS | (205.22) |
| Total 5200 Wages and Benefits-COGS | $ (2,211.13) |
| 5300 Sales - Commissions | (14,769.97) |
| 5310 Operations Management Fees | 7,500.00 |
| 5315 Credit Card Fees | 14,292.76 |
| 5400 Facilities Rent Expense | 4,977.23 |

# SommSelect
## Profit & Loss Statement
### As of December 14, 2022

| | |
|---|---:|
| 5410 Equipment Rental | 137.48 |
| Cost of Goods Sold | |
|   50000 Wine - COGS | |
|    5010 Wine COGS | 228,009.48 |
|   Total 50000 Wine - COGS | 228,009.48 |
|  Total Cost of Goods Sold | 228,009.48 |
| Total Cost of Goods Sold | 284,547.46 |
| Gross Profit | 198,574.54 |
| Expenses | |
|  6000 General and Admin | |
|   6100 General Office Expenses | |
|    6109 Bank Charges | 36.30 |
|    Total 6109 Bank Charges | 36.30 |
|    6130 Insurance | 2,515.11 |
|    6133 Office Cleaning | 234.84 |
|    6136 Office Equipment Leases | 88.38 |
|    6145 Office Refreshments | 732.03 |
|    6151 Office Supplies | 36.57 |
|    6164 Trash Pickup | 321.06 |
|    6169 Utilities | 876.02 |
|   Total 6100 General Office Expenses | 4,840.31 |
|   6170 Wages & Benefits - Administration | |
|    6174 Wages & Benefits - G&A | 50.81 |
|     6178 Payroll Processing Fees | - |
|     Total 6178 Payroll Processing Fees | 50.81 |
|    Total 6174 Wages & Benefits - G&A | 467.64 |
|    6175 Wages & Benefits - Employer Taxes G&A | 518.45 |
|   Total 6170 Wages & Benefits - Administration | |
|   6180 Professional Fees/Taxes/Licenses/Memberships | 1,223.50 |
|    6183 Legal Fees | 12,437.30 |
|    6187 Management Fees | 10,000.00 |
|   Total 6180 Professional Fees/Taxes/Licenses/Memberships | 23,660.80 |
|   6189 Direct Contractors | 4,808.00 |
|    6188 Business Consultants | |
|   Total 6189 Direct Contractors | 4,808.00 |
|   6400 Travel & Entertainment | |
|    6410 Airfare | 3,015.03 |
|    6415 Auto (Uber, rental, gas, tolls, parking) | 1,102.67 |
|    6440 Meals & Entertainment - Employee Appreciation Activitie | 2,000.00 |
|   Total 6400 Travel & Entertainment | 6,117.70 |
|  Total 6000 General and Admin | $ 36,749.57 |
|  6010 ADMIN Consulting Services | |
|  6015 Other General and Admin Expenses | |

| | |
|---|---:|
| Total 6015 Other General and Admin Expenses | |
| 6200 Customer Service Expenses | |
|   6176 Wages & Benefits - Customer Service | (626.20) |
|     6179 Payroll Processing Fees | (16.71) |
|       61791 Worker's Compensation - Customer Service | (0.91) |
|     Total 6179 Payroll Processing Fees | (17.62) |
|   Total 6176 Wages & Benefits - Customer Service | (661.44) |
|   6177 Wages & Benefits - Employer Taxes Paid - Customer Service | (3.97) |
| Total 6200 Customer Service Expenses | (665.41) |
| 6300 Employer Expenses | |
|   6305 ADMIN Bonuses | 1,500.00 |
|   6310 Recruiting | 78.00 |
|   6320 Health Insurance Premiums | 4,453.40 |
|   6321 Vacation Expense | (39,338.23) |
| Total 6300 Employer Expenses | (33,306.83) |
| 6600 Marketing | |
|   6610 Marketing Management Fees | 4,516.13 |
|   6611 Graphic Design | 1,350.00 |
|   6620 Creative | 992.99 |
|   6621 Contentwriting | 1,050.00 |
|   6623 Paid Ads - Social Media | 7,148.15 |
|   6630 Marketing Consultants | 3,387.10 |
|   6635 Print Collateral | 10,121.68 |
|   6650 Wages and benefits - Marketing | (3,937.28) |
|     6655 Employer Taxes Paid - Marketing | (301.21) |
|     6656 Payroll Processing Fees | (69.62) |
|     66561 Worker's Compensation-Mktg | (16.01) |
|   Total 6650 Wages and benefits - Marketing | $ (4,324.12) |
|   6670 Marketing Expense - Wine | |
|   6675 Market Research | |
| Total 6600 Marketing | 24,241.93 |
| 6700 Sales - Direct | |
|   6740 Wages - Direct Sales | (3,152.66) |
|     6705 SALES Bonuses | |
|   Total 6740 Wages - Direct Sales | (3,152.66) |
|   6745 Direct Sales Employer Taxes Paid | (1,420.09) |
|     6746 Payroll Processing Fees | (735.34) |
|       67461 Worker's Compensation-Sales | (4.33) |
|     Total 6746 Payroll Processing Fees | (739.67) |
|   Total 6745 Direct Sales Employer Taxes Paid | (2,159.76) |
| Total 6700 Sales - Direct | $ (6,052.09) |
| 6900 Technology Software, Services, Contractors | |
|   6167 Telephone | 121.94 |

# SommSelect
## Profit & Loss Statement
**As of December 14, 2022**

| | |
|---|---:|
| 6168 Internet | 396.55 |
| 6910 Technology Management Fees | 3,387.10 |
| 6940 Software Subscriptions | 3,762.03 |
| 6945 Telecommunications | 234.48 |
| 6960 Tech Service Fees (Figure, Vingo, Website Hosting) | |
| Total 6900 Technology Software, Services, Contractors | 7,902.10 |
| Total Expenses | 28,869.26 |
| Net Operating Income | $ 169,705.27 |
| Other Income | |
| Unrealized Gain or Loss | |
| 7011 Interest Expense | 1,477.83 |
| 7012 Depreciation | 4,688.54 |
| 7015 Other Expense | 330,000.00 |
| 7080 Income Taxes Paid | |
| 7082 State Taxes Paid | 821.97 |
| 7083 Penalties & Settlements - TAX | 606.47 |
| Total 7080 Income Taxes Paid | 1,428.44 |
| 7200 Exchange Gain or Loss | 78.76 |
| Total Other Expenses | 337,673.57 |
| Net Other Income | (337,673.57) |
| Net Income | $ (167,968.30) |
| | |
| November YTD Income | (1,003,384.83) |
| Pre_Confirm P&L Loss | (167,968.30) |
| Total | (1,171,353.13) |



# NATIONAL BANK OF ARIZONA ®

P O   B o x   2 6 5 4 7 ,   S a l t   L a k e   C i t y ,   U T   8 4 1 2 6 - 0 5 4 7

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Gainey Ranch
(800) 497-8168
7375 E. Doubletree Ranch Rd.
Scottsdale, AZ 85258-0000

0015700          2063-06-0000-NBA-PG0021-00000

SOMM INC DBA SOMM SELECT
MCA FINANCIAL GROUP LTD
DEBTOR IN POSSESSION
4909 N 44TH ST
PHOENIX AZ  85018-2708

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Commercial Analyzed Checking | ████ 8244 | $1,193,836.43 | |

## COMMERCIAL ANALYZED CHECKING 5790448244                                     128        0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 625,409.17 | 2,650,326.53 | 2,081,899.27 | 0.00 | 1,193,836.43 |

### 30  DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 12/01 | 6,157.14 | Figure Figure ST-F6D0H0M6W8X3REF # 022335005159793  1109246053 |
| 12/02 | 27,529.55 | Figure Figure ST-C2R5U5Z0O0G2REF # 022335006608553  1108931949 |
| 12/05 | 25,023.87 | Figure Figure ST-O3V3H5Y7T7G5REF # 022339008537214  1110460840 |
| 12/06 | 25,283.48 | Figure Figure ST-X7D8N5V0U2N7REF # 022339009444216  1108714982 |
| 12/07 | 47,431.01 | Figure Figure ST-G2O5H2Q2Q7V9REF # 022340010679032  1108915029 |
| 12/08 | 42,470.50 | Figure Figure ST-W8B5N4C2W1A0REF # 022341001817088  1108913602 |
| 12/09 | 10,292.22 | Figure Figure ST-G0V0A0D2B8C7REF # 022342002954360  1108521195 |
| 12/12 | 29,853.87 | Figure Figure ST-J1I4P1F6C9R6REF # 022346004154722  1109722018 |
| 12/12 | 600,000.00 | WIRE/IN-202212120009306304;ORG LAURENCE E DRIVON  1307201073 |
| 12/13 | 42,170.30 | Figure Figure ST-A5P0Y5H8L0X7REF # 022346005128081  1109113751 |
| 12/13 | 2,901.73 | DEPOSIT  7878012685 |
| 12/13 | 600,000.00 | WIRE/IN-202212130005007;ORG TFB HOLDINGS, LLC;REF TS2022121  1306800724 |
| 12/14 | 57,639.52 | Figure Figure ST-D9C4T4Q3X7F0REF # 022347006159218  1109421244 |
| 12/14 | 250,000.00 | WIRE/IN-202212140002721;ORG JOHN E FECHTER OR SAMANTHA FECH  1306700302 |
| 12/15 | 125,286.62 | Figure Figure ST-U1R3A0K2K5O0REF # 022348007420629  1109918779 |
| 12/15 | 250,000.00 | WIRE/IN-202212150001555;ORG JOHN E FECHTER OR SAMANTHA FECH  1307300150 |
| 12/16 | 18,779.06 | Figure Figure ST-W2V5D1G3W6E8REF # 022349008422519  1109421005 |
| 12/16 | 100,000.00 | WIRE/IN-202212160000765;ORG JOHN E FECHTER OR SAMANTHA FECH  1306600118 |
| 12/19 | 25,022.11 | Figure Figure ST-V6E5K3C1Y2Z1REF # 022353009793136  1109619813 |
| 12/20 | 17,465.04 | Figure Figure ST-H4T3D4Q5A4D7REF # 022353010922408  1109714580 |
| 12/21 | 80,441.13 | Figure Figure ST-D1Z9A2A9R7Q4REF # 022354001885403  1109420374 |
| 12/22 | 124,256.12 | Figure Figure ST-R2U3B3J6I6D9REF # 022355003130668  1108913852 |
| 12/23 | 36,867.17 | Figure Figure ST-P9C2F3X6Y5B0REF # 022356004287865  1108220817 |
| 12/27 | 13,203.69 | Figure Figure ST-P8J2R5W7C0N2REF # 022361005430867  1109719864 |
| 12/28 | 25.27 | Shopify SS TRANSFER ST-M5A5B3O5R4I6REF # 022361006560103  1109321520 |
| 12/28 | 20,453.10 | Figure Figure ST-I8V6D7M6J8K3REF # 022361006559505  1109321504 |
| 12/29 | 2,250.00 | EARLY STAGE SOLU CORP P REF # 022362007431655  1108112464 |
| 12/29 | 53,142.91 | Figure Figure ST-G0G8O3L2W0N2REF # 022362008023658  1108116911 |
| 12/29 | 2,800.00 | WIRE/IN-202212290000008235;ORG GERMAN WINE COLLECTION LLC;REF  1304301268 |
| 12/30 | 13,581.12 | Figure Figure ST-R7G0L8V0R3H5REF # 022363009260006  1109327614 |

A division of Zions Bancorporation, N.A. Member FDIC

0015700-0000001-0029657

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay

the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • Receive notices

0015700-0000001-0029657

# NATIONAL BANK OF ARIZONA®

P O Box 26547, Salt Lake City, UT 84126-0547

December 30, 2022
SOMM INC DBA SOMM SELECT
████8244

## 120 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 12/01 | 14.99 | 2401134NY000TN20Z 3635 ZOOM.US 888-799-9666 WWW.ZOOM.US CA 1209604463 |
| 12/01 | 2,270.77 | 2420429NY003Z1FEW 3635 FACEBK G37WKLK2J2 650-5434800 CA 1209604464 |
| 12/01 | 9.17 | 0635 P.O.S. PURCHASE GOOGLE *CL 1600 Amphit Mountain V CA 1408008907 |
| 12/01 | 1,484.12 | PLIC-SBD INSUR CLM PACT#202056040 REF # 022335005147926 1109249251 |
| 12/01 | 14,906.83 | Bill.com Payables 025OEKSRORCZK85REF # 022335005268035 1109250183 |
| 12/01 | 3,384.00 | Bill.com Payables 025BXPIHJND0TKPREF # 022335005592793 1109203657 |
| 12/01 | 13,296.00 | SGWS of N. CA 3056254171 REF # 022335005076448 1109244548 |
| 12/02 | 78.00 | 2479338NZ005Z2333 3635 ONLINE JOB ADS INDEED 512-4595300 TX 1209405599 |
| 12/02 | 603.00 | 2469216NZ2XVNXNQ7 3635 GOOGLE *GSUITE_sommselcc@google.com C 1209405600 |
| 12/02 | 23.76 | 2469216NZ2Y2TY9FV 3635 GOOGLE *SVCSsommselectg.co/HelpPay# C 1209405597 |
| 12/02 | 120.00 | 2469216NZ2Y1L4XVN 3635 WWW COSTCO COM 800-955-2292 WA 1209405598 |
| 12/02 | 100.00 | 2490641NZ4NRFF1NP 3635 STITCHDATA.COM 877-6841394 PA 1209405596 |
| 12/02 | 200.00 | 18004INTUIT QBooks Onl 2746936 REF # 022335005552267 1108927912 |
| 12/02 | 520.00 | EC SERVICING INC SALE REF # 022336006934955 1108944428 |
| 12/02 | 2,475.00 | Bill.com Payables 025ITFZMKED16IEREF # 022336007064054 1108955134 |
| 12/02 | 13,306.00 | SGWS of N. CA 3056254171 REF # 022336006934305 1108950425 |
| 12/05 | 31.45 | 2469216P12ZPGTPQT 3635 WWW COSTCO COM 800-955-2292 WA 1210940526 |
| 12/05 | 122.93 | 2469216P22Y02M05M 3635 WWW COSTCO COM 800-955-2292 WA 1210903332 |
| 12/05 | 417.53 | 2469216P22Y02M9B8 3635 WWW COSTCO COM 800-955-2292 WA 1210903333 |
| 12/05 | 500.00 | GOOGLE ADWORDS:55 US003PLMOD REF # 022339008406667 1110448450 |
| 12/05 | 5,968.00 | Bill.com Payables 025AHPWDQTD2U0VREF # 022339008488411 1110449359 |
| 12/05 | 34.95 | Bill.com Payables 025DAKHPYVD47MXREF # 022339009006915 1110405221 |
| 12/05 | 138.00 | Bill.com Payables 025DCCNCMWD47N0REF # 022339009006909 1110405218 |
| 12/05 | 500.00 | GOOGLE ADWORDS:55 US003PQEUX REF # 022339009023357 1110405229 |
| 12/05 | 1,560.00 | Bill.com Payables 025MEHJFDBD47N2REF # 022339009006905 1110405216 |
| 12/05 | 2,400.00 | Bill.com Payables 025WKFPTZHD47N3REF # 022339009006903 1110405215 |
| 12/05 | 2,404.00 | Bill.com Payables 025NVOWQBED47MZREF # 022339009006911 1110405219 |
| 12/05 | 2,970.00 | Bill.com Payables 025SBVMIWSD47MWREF # 022339009006917 1110405222 |
| 12/05 | 2,976.00 | Bill.com Payables 025MTFIJTND47N4REF # 022339009006901 1110405214 |
| 12/05 | 3,320.00 | Bill.com Payables 025MXNUDBLD47N1REF # 022339009006907 1110405217 |
| 12/05 | 3,367.50 | Bill.com Payables 025HVJWACJD47N5REF # 022339009006903 1110405213 |
| 12/05 | 10,000.00 | Bill.com Payables 025ENJUSGKD47MYREF # 022339009006913 1110405220 |
| 12/05 | 710.91 | RECOLOGY SONOMA WEB_PAY REF # 022339008515682 1110459010 |
| 12/06 | 443.67 | BILL.COM LLC BILLING 02B4QLWMUBH56YWREF # 022340010048944 1108737598 |
| 12/06 | 307,094.83 | Bill.com Payables 025TVVKBOLD4J9JREF # 022340010050690 1108737610 |
| 12/06 | 997.51 | Bill.com Payables 025QVWLBBOD5TE1REF # 022340010302453 1108702318 |
| 12/06 | 4,243.40 | Bill.com Payables 025CQMRTGCD5TE2REF # 022340010302451 1108702317 |
| 12/07 | 40.12 | 2469216P42ZBJLQ3V 3635 WWW COSTCO COM 800-955-2292 WA 1209404483 |
| 12/07 | 400.00 | FIGURE FIGURE ST-D3T7G0I7S7Q1REF # 022341001023933 1108930298 |
| 12/07 | 1,050.00 | Bill.com Payables 025CDYRFARD64I9REF # 022341000999843 1108930083 |
| 12/09 | 400.00 | 2401134P70004Q26F 3635 KLAVIYO INC. SOFTWARE KLAVIYO.COM MA 1209104528 |
| 12/09 | 1,994.20 | shopify.com/c shopify.c ST-E1P2W6C2S5B2REF # 022343003343829 1108538438 |
| 12/09 | 500.00 | GOOGLE ADWORDS:55 US003Q3YBO REF # 022343003063879 1108502856 |
| 12/09 | 6,120.00 | Bill.com Payables 025XNJRMLVDAKCSREF # 022343003615846 1108502844 |
| 12/12 | 20.99 | 2449215P8MLNWKBLQ 3635 ADOBE *PS CREATIVE CL408-536-6000 CA 1210339415 |
| 12/12 | 1,803.87 | Bill.com Payables 025ISDGHSXDAUFWREF # 022346004339053 1109738543 |
| 12/12 | 500.00 | GOOGLE ADWORDS:55 US003QDD8H REF # 022346004524059 1109705268 |
| 12/12 | 36.57 | Bill.com Payables 025USGJLIDDC50DREF # 022346004825177 1109704821 |
| 12/12 | 1,968.00 | Bill.com Payables 025GIFULVKDC50HREF # 022346004825169 1109704817 |
| 12/12 | 2,404.00 | Bill.com Payables 025VFGDXNBDC50GREF # 022346004825171 1109704818 |
| 12/12 | 4,000.20 | Bill.com Payables 025QTDRLMQDC50IREF # 022346004825167 1109704816 |
| 12/12 | 4,890.00 | Bill.com Payables 025QDDHPRJDC50EREF # 022346004825175 1109704820 |
| 12/12 | 7,500.00 | Bill.com Payables 025BFUYIXSDC50FREF # 022346004825173 1109704819 |
| 12/13 | 129,641.67 | WIRE/OUT-202212130007049;BNF BURGESS LAW, LLC OPERATING ACC 1306801072 |
| 12/13 | 52,442.51 | Bill.com Payables 025PSGQD4FODCG7ZREF # 022347005526517 1109131423 |
| 12/13 | 500.00 | GOOGLE ADWORDS:55 US003QKD6P REF # 022347005622025 1109102388 |
| 12/14 | 67,964.31 | WIRE/OUT-202212140000492;BNF ADP TOTALSOURCE, INC;OBI 7KZ 1306700675 |
| 12/14 | 330,000.00 | WIRE/OUT-202212140000508;BNF FRIEDEMANN GOLDBERG;WARGO HESS 1306701295 |
| 12/14 | 396.55 | COMCAST 8155300 4003178 5696571 REF # 022347005581626 1109415012 |
| 12/15 | 15,984.00 | Bill.com Payables 025EQSHZGFDFHCIREF # 022349007858871 1109934962 |
| 12/15 | 525.00 | Bill.com Payables 025JBXLJVJDGRSTREF # 022349008082736 1109902390 |
| 12/16 | 500.00 | GOOGLE ADWORDS:55 US003R5QTM REF # 022349008441785 1109423048 |
| 12/16 | 16,335.00 | Bill.com Payables 025LCTKXHSDH44PREF # 022350008914129 1109439329 |
| 12/16 | 1,500.00 | Bill.com Payables 025GZNJTGCDIFXXREF # 022350009258773 1109402865 |
| 12/19 | 35.85 | 2401134PF0019HFDT 3635 KLAVIYO INC. SOFTWARE KLAVIYO.COM MA 1210238931 |
| 12/19 | 34.22 | 2401134PG00155RRQ 3635 KLAVIYO INC. SOFTWARE KLAVIYO.COM MA 1210203400 |
| 12/19 | 33.90 | 2401134PH00010PB3 3635 KLAVIYO INC. SOFTWARE KLAVIYO.COM MA 1210203399 |
| 12/19 | 500.00 | GOOGLE ADWORDS:55 US003ROYNB REF # 022353010237768 1109605632 |
| 12/19 | 21.46 | Bill.com Payables 025DVYBLNMDK2JKREF # 022353010547522 1109605008 |
| 12/19 | 274.24 | Bill.com Payables 025MWUWLYNDK2JQREF # 022353010547510 1109605002 |

A division of Zions Bancorporation, N.A. Member FDIC

0015700-0000002-0029658

December 30, 2022
SOMM INC DBA SOMM SELECT
████ 8244
National Bank of Arizona

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 12/19 | 444.34 | Bill.com Payables 025YWKLHLIDK2JJREF # 022353010547524  1109605009 |
| 12/19 | 972.00 | Bill.com Payables 025TUNXJQVDK2JRREF # 022353010547508  1109605001 |
| 12/19 | 2,404.00 | Bill.com Payables 025NQQXAMFDK2JMREF # 022353010547518  1109605006 |
| 12/19 | 2,800.00 | Bill.com Payables 025UUARYZMDK2JUREF # 022353010547502  1109604998 |
| 12/19 | 6,114.00 | Bill.com Payables 025UVADVRTDK2JKREF # 022353010547516  1109605005 |
| 12/19 | 7,788.00 | Bill.com Payables 025OEIYFQFDK2JOREF # 022353010547514  1109605004 |
| 12/19 | 8,352.06 | Bill.com Payables 025GGJHXSMDK2JLREF # 022353010547520  1109605007 |
| 12/19 | 11,862.88 | Bill.com Payables 025XXPHJBLDK2JSREF # 022353010547506  1109605000 |
| 12/19 | 14,482.45 | Bill.com Payables 025ABIPOBPDK2JPREF # 022353010547510  1109605003 |
| 12/19 | 31,188.00 | Bill.com Payables 025YNIOGBQDK2JTREF # 022353010547504  1109604999 |
| 12/20 | 731.00 | SBA LOAN PAYMENT 0000 REF # 02235400123517  1109731160 |
| 12/20 | 542,535.52 | Bill.com Payables 025LBLVNNEDKE8EREF # 022354001269928  1109732556 |
| 12/20 | 2,520.00 | Bill.com Payables 025HSLQRIQDLOTHREF # 022354001509104  1109702386 |
| 12/21 | 74.37 | ANALYSIS SERVICE FEE |
| 12/21 | 195.70 | ACCNT SERV PROC EBILLPY 5196904 REF # 022354001503973  1109417729 |
| 12/21 | 500.00 | GOOGLE ADWORDS:55 US003RYGY9 REF # 022355002183044  1109434332 |
| 12/21 | 111,606.27 | Bill.com Payables 025WAWTZFGDM0SRREF # 022355002231098  1109434901 |
| 12/21 | 2,018.06 | RECOLOGY SONOMA WEB_PAY REF # 022355002232778  1109436620 |
| 12/21 | 13,346.39 | CHOICE ADMIN ONLIN PMNT REF # 023555002199541  1109436233 |
| 12/22 | 726.86 | 7451812PL0024QE18 3635 CREATESEND/COM SYDNEY AU  1209404585 |
| 12/22 | 21.81 | 7451812PL0024QE18 3635 FOREIGN TRANS. FEE SYDNEY AU  1209404586 |
| 12/22 | 2,305.61 | Bill.com Payables 025YAEPETKDNNEXREF # 022356003534014  1108928581 |
| 12/23 | 16.67 | 2449215PLMLFRTZ95 3635 HOVER 866-731-6556 MS  1208604292 |
| 12/23 | 27.76 | 2401134PL0018J612 3635 KLAVIYO INC. SOFTWARE KLAVIYO.COM MA  1208604291 |
| 12/23 | 5,752.52 | Bill.com Payables 025XNQVOXADP8NZREF # 022357004594011  1108237189 |
| 12/23 | 768.91 | PGANDE WEB ONLINE REF # 02235600432511  1108226063 |
| 12/27 | 43,031.60 | WIRE/OUT-2022122700007902;BNF ADP TOTALSOURCE, INC;OBI 7KZ - 1307101178 |
| 12/27 | 304.41 | 2449216PR000X3BN2 3635 WESTERN CONTAINER SALEHTTPSWESTERNC M  1210202155 |
| 12/27 | 500.00 | GOOGLE ADWORDS:55 US003S99UE REF # 022361005410723  1109722441 |
| 12/27 | 500.00 | GOOGLE ADWORDS:55 US003S8LOH REF # 022361005538914  1109736638 |
| 12/27 | 13,292.85 | Divvy Inc ACH DjQt8bAHaqg REF # 022361005940098  1109706295 |
| 12/27 | 337.50 | Bill.com Payables 025NTKVQXIDS5NLREF # 022361006135719  1109705587 |
| 12/27 | 1,530.00 | Bill.com Payables 025DFGONWCDS5NQREF # 022361006135709  1109705582 |
| 12/27 | 1,680.00 | Bill.com Payables 025MCPDZBYDS5NPREF # 022361006135711  1109705583 |
| 12/27 | 1,800.00 | Bill.com Payables 025TMFXNHYDS5NMREF # 022361006135717  1109705586 |
| 12/27 | 2,404.00 | Bill.com Payables 025ZWATBXQDS5NKREF # 022361006135721  1109705584 |
| 12/27 | 2,984.00 | Bill.com Payables 025PIVKMIADS5NNREF # 022361006135715  1109705585 |
| 12/27 | 6,114.64 | Bill.com Payables 025MMRHUJGDS5NOREF # 022361006135713  1109705584 |
| 12/28 | 2,500.00 | 2420429PS003FBSXZ 3635 FACEBK LEL7MLF2J2 650-5434800 CA  1209903724 |
| 12/28 | 6,731.85 | CA DEPT TAX FEE CDTFA E 13117199 REF # 022362006915200  1109332900 |
| 12/28 | 20,743.72 | CA DEPT TAX FEE CDTFA E 13362161 REF # 022362006915201  1109332901 |
| 12/28 | 21,181.18 | CA DEPT TAX FEE CDTFA E 13148485 REF # 022362006915202  1109332902 |
| 12/28 | 84,312.67 | Bill.com Payables 025RGLUFNSDSH0PREF # 022362006972014  1109339530 |
| 12/29 | 2,722.91 | Great American-G VENDOR #229076660 REF # 022362008011466  1108120074 |
| 12/29 | 34,799.78 | Bill.com Payables 025BEMPRCJDTTQTREF # 022363008557210  1108132226 |
| 12/29 | 1,530.00 | Bill.com Payables 025AEEGYNTDV4SVREF # 022363008872502  1108102336 |
| 12/29 | 4,128.00 | Bill.com Payables 025NKZZHRHDV4STREF # 022363008872506  1108102338 |
| 12/29 | 5,400.00 | Bill.com Payables 025ZVRRXDADV4SUREF # 022363008872504  1108102337 |
| 12/30 | 500.00 | GOOGLE ADWORDS:55 US003S5Y24 REF # 022364009962347  1109303325 |
| 12/30 | 6.00 | PAPER STMT FEE  0000303960 |

·····································································································

**0 CHECKS PROCESSED**

There were no transactions this period.

·····································································································

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

0015700-0000002-0029658



**NATIONAL BANK OF ARIZONA®**

P O   B o x   2 6 5 4 7 ,   S a l t   L a k e   C i t y ,   U T   8 4 1 2 6 - 0 5 4 7

December 30, 2022
SOMM INC DBA SOMM SELECT
█████ 8244

....................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 596,200.43 | 12/12 | 1,002,830.54 | 12/21 | 1,195,912.30 |
| 12/02 | 606,304.22 | 12/13 | 1,465,318.39 | 12/22 | 1,317,114.14 |
| 12/05 | 593,906.82 | 12/14 | 1,374,597.05 | 12/23 | 1,347,415.45 |
| 12/06 | 306,410.89 | 12/15 | 1,733,374.67 | 12/27 | 1,286,140.14 |
| 12/07 | 352,351.78 | 12/16 | 1,833,818.73 | 12/28 | 1,171,149.09 |
| 12/08 | 394,822.28 | 12/19 | 1,771,533.44 | 12/29 | 1,180,761.31 |
| 12/09 | 396,100.30 | 12/20 | 1,243,211.96 | 12/30 | 1,193,836.43 |

A division of Zions Bancorporation, N.A. Member FDIC

0015700-0000003-0029659

**National Bank of Arizona**

This page intentionally left blank

0015700-0000003-0029659







# Accounting

Chart of accounts     **Reconcile**

Chart of accounts > Bank register > History by account > Report

## Reconciliation report

Summary | Reconcile

### Account

| 1025 National Bank … ▾ | USD |

### Statement ending date

12/30/2022 ▾

---

## SommSelect

**1025 National Bank of Arizona, Period Ending 12/30/2022**

### RECONCILIATION REPORT

Reconciled on: 01/03/2023

Reconciled by: June Hudson

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 625,409.17 |
| Checks and payments cleared (120) | -2,081,899.27 |
| Deposits and other credits cleared (30) | 2,650,326.53 |
| Statement ending balance | 1,193,836.43 |
| | |
| Register balance as of 12/30/2022 | 1,193,836.43 |

### Details

Checks and payments cleared (120)