UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  | Case No. 22-bk-10267 RE

Somm, Inc. dba Somm Select

   Debtor(s)

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark Sharf*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $28,500.  A non-consensual plan was confirmed on 12/12/2022.  No plan payments were made to the trustee.  According to the Debtor, the plan was substantially consummated, and pursuant to 11 U.S.C. § 330(a) on 1/9/2023, the Court ordered compensation of $28,500 be awarded to the trustee.  These funds <u>have</u> been paid by the debtor to the trustee.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.


Date: 6/7/2023             By: /s/ Mark Sharf
                               Mark Sharf, Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR F**